

# Fourth Court of Appeals
## San Antonio, Texas

May 26, 2015

No. 04-15-00126-CV

**WELLS FARGO BANK, N.A.**, as Trustee for Securitized Asset Backed Receivables L.L.C.
2005-FR4 Mortgage Pass-Through Certificates Series 2005-FR4,
Appellant

v.

**KINGMAN HOLDINGS, L.L.C.**, as Trustee of the Manderly Place 8118 Land Trust,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-17188
Honorable John D. Gabriel, Jr., Judge Presiding

## O R D E R

The district clerk has filed a notification of late record stating the record has not been filed because appellant has not paid the fee for preparing the record and is not entitled to a record without payment. We **DENY AS MOOT** the notification of late record. Appellant has filed a motion to dismiss the appeal and therefore, it will be unnecessary for the clerk to file the record.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of May, 2015.

_____
Keith E. Hottle
Clerk of Court